**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

---

In re:

Brent M. Aase

               Debtor.

Erik A. Ahlgren, Trustee

               Plaintiff,

      vs.

Rebecca Kay Aase, an individual,

               Defendant.

Chapter 7 Case
Bankruptcy No.  13-40230
Adv. Proc. No.:  13-04062

---

**STIPULATION TO DISMISSAL OF ADVERSARY PROCEEDING**

---

The Trustee, Defendant (Rebecca Kay Aase) , through their attorneys, stipulate and agree that the above entitled adversary proceeding together with all claims, cross claims and counterclaims, be dismissed with prejudice and on the merits, and without costs to any parties.

This stipulation may be signed by all parties electronically.  Counsel for Rebecca Kay Aase have authorized counsel for the Trustee to electronically file this stipulation bearing the electronic signatures of counsel for Rebecca Kay Aase.

Dated: June  27 ,  2013

MASLON EDELMAN BORMAN & BRAND LLP


By:  /e/ Amy Swedberg
Amy Swedberg  (#271019)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8367

**Attorneys for Defendent**

Dated: <u>June  27 , 2013        </u>                    AHLGREN LAW OFFICE, PLLC

                                                        By: <u> /e/  Erik A. Ahlgren           </u>
                                                        Erik A. Ahlgren
                                                        220 W Washington Ave, Ste 105
                                                        Fergus Falls, MN

                                                        **Attorneys for Plaintiff/Trustee**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

Brent M. Aase

                    Debtor.

Erik A. Ahlgren, Trustee

                    Plaintiff,

      vs.

Rebecca Kay Aase, an individual,

                    Defendant.

Chapter 7 Case
Bankruptcy No.  13-40230
Adv. Proc. No.:  13-04062

---

**ORDER**

---

The above captioned matter came before the Court on the Stipulation by the parties. Based upon the Stipulation,

IT IS ORDERED:

The above adversary proceeding is dismissed with prejudice without costs to any of the parties.

Dated:                                   _____

                                     United States Bankruptcy Judge